**COURT OF CHANCERY
OF THE
STATE OF DELAWARE**

SAM GLASSCOCK III
VICE CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

November 5, 2021

Richard A. Barkasy, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801

Herbert W. Mondros, Esquire
Seth D. Rigrodsky, Esquire
Gina M. Serra, Esquire
Rigrodsky Law, P.A.
300 Delaware Avenue, Suite 210
Wilmington, DE 19801

RE: *Davenport Investments, LLC v. Toro Real Estate Partners, LLC, et al,* C.A. No. 2019-0284-SG

Dear Counsel:

I am in receipt of the letter regarding equitable relief filed November 3, 2021 by the Plaintiff's counsel. I have reviewed the case, and in the interest of the litigants' and the courts' efficiency, I will retain jurisdiction over the case under the clean-up doctrine.

To the extent the foregoing requires an order to take place, IT IS SO ORDERED.

Sincerely,

/s/ Sam Glasscock III
Vice Chancellor

cc: All counsel of record (by *File & ServeXpress*)